UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL DAVITT, | ) | 3:07-CV-0578-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | October 27, 2008 |
| | ) | |
| TIM VIDRINE, DEBRA BROOKS, | ) | |
| ROBERT HENDRIX, ROBERT RAMSEY, | ) | |
| BRAD ROLLINS, ROBERT | ) | |
| CHAMBLISS, ARTHUR NEAGLE, and | ) | |
| MICHAEL CROSSMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Plaintiff has filed a Motion to Compel Discovery (Doc. #36) and Defendants have opposed the Motion (Doc. #39).

      Plaintiff's Motion to Compel Discovery (Doc. #36) is DENIED.   Defendants have complied with the court's prior order.

      IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk