AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHAEL DAVITT,

      Plaintiff,              JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:07-cv-00578-ECR-RAM**

TIM VIDRINE, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' #16 Motion to Dismiss is GRANTED as to Count IV. All of the claims of the complaint have now been considered and ruled on. IT IS FURTHER ORDERED that this action is DISMISSED.

   April 7, 2009                                        **LANCE S. WILSON**
                                                                            Clerk

                                                                   /s/ Kalani Lizares
                                                                    Deputy Clerk